IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERTO TREJO, #266435, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-286-RAH |
| STATE OF ALABAMA DEPT. OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

On July 16, 2021, the Magistrate Judge entered a Recommendation (Doc. 15) that the Motion for Preliminary Injunction filed by Plaintiff be denied to which no timely objections have been filed. After an independent review of the file and the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 15) is ADOPTED.

2. The motion for preliminary injunction filed by Plaintiff (Doc. 9) is DENIED.

3. This case is referred back to the Magistrate Judge assigned hereto for further appropriate proceedings.

DONE, on this the 16th day of August, 2021.

                                                /s/ R. Austin Huffaker, Jr.
                                                R. AUSTIN HUFFAKER, JR.
                                                UNITED STATES DISTRICT JUDGE